1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO.  2:13-CR-0220 JAM

12                        Plaintiff,         STIPULATION AND ORDER REGARDING
                                             BRIEFING SCHEDULE ON DEFENDANT'S
13            v.                             MOTION TO SUPPRESS EVIDENCE

14 LEE FORD,

15                        Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING                1
SCHEDULE ON DEFENDANT'S MOTION

1                                      **STIPULATION**

2          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

3   through defendant's counsel of record, stipulate and agree that the briefing schedule for defendant's

4   motion to suppress evidence should be reset according to the following schedule:

5                          Government's Opposition:     June 24, 2014

6                          Defendant's Reply:           July 1, 2014

7                          Hearing on Motion:           July 8, 2014, at 1:30 p.m.

8

9          IT IS SO STIPULATED.

10

11                                                      BENJAMIN B. WAGNER
                                                        United States Attorney
12   Dated:  June 18, 2014

13                                                      /s/ JASON HITT
                                                        JASON HITT
14                                                      Assistant United States Attorney

15

16   Dated:  June 18, 2014                             /s/ DWIGHT SAMUEL, Esq.
                                                        DWIGHT SAMUEL, Esq.
17                                                      Counsel for Defendant, authorized to sign for Mr.
                                                        Samuel on June 18, 2014
18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING                         2
SCHEDULE ON DEFENDANT'S MOTION

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

    1.    The briefing schedule on defendant's motion to suppress evidence is revised as follows:

        Government's Opposition:    June 24, 2014

        Defendant's Reply:    July 1, 2014

        Hearing on Motion:    July 8, 2014, at 1:30 p.m.

**IT IS SO ORDERED**.

DATED: 6/18/2014        /s/ John A. Mendez_____
                     JOHN A. MENDEZ
                     United States District Court Judge