DWIGHT M. SAMUEL (CA BAR# 054486)
LAW OFFICE OF DWIGHT M. SAMUEL
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
LEE FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:13-CR-220 JAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| LEE FORD, | |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jason Hitt, and defendant Lee Ford through his undersigned counsel Dwight Samuel, that the previously scheduled evidentiary hearing date of July 8, 2014 at 1:30 pm, be vacated and the matter set for oral arguments on July 22, 2014, 2014 at 9:30 am.

The reason for this request is that this case was set for an evidentiary hearing on July 8, 2014 related to defendants motion to suppress. That motion has been filed and both opposition and response have been filed as well. Defense's response agreed that no evidentiary hearing was required and as such this matter could be heard on the legal merits of the arguments presented in the briefs

1

and oral argument. In addition it appears now also that defense counsel has a conflict which has recently arisen with the 1:30 time and is therefore requesting that also be a reason for the stipulation and proposed order.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 22, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

Both counsel agree the time is also excludable because of a pending suppression motion filed buy defendant. Both counsel agree that the time from filing to the conclusion of the hearing and to have the court rule upon the pending motion, is excludable per 18 U.S.C. §§ 3161(h)(1)(F), (J).

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

DATED: July 2, 2014                     By:      /s/ *Dwight M. Samuel*
                                                 DWIGHT M. SAMUEL
                                                 Attorney for Defendant
                                                 LEE FORD

DATED: July 2, 2014                              /s/
                                                 JASON HITT
                                                 Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that time is excludable because of a pending suppression motion filed buy defendant. The court finds that the time from filing to the conclusion of the hearing and to have the court rule upon the pending motion, is excludable per 18 U.S.C. §§ 3161(h)(1)(F), (J).

The court also finds time should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.

The Court also finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the pending motion. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is further ordered that the hearing set for July 8, 2014 at 1:30 is vacated and counsel's arguments on the motion to suppress will be reset for July 22, 2014 at 9:30.

IT IS SO ORDERED:

DATED: 7/2/2014

/s/ John A. Mendez_____
Judge John A. Mendez
United States District Court Judge