UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 31, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
GK
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LEE FORD, ) <br> ) <br> Defendant. ) | Case No. 2:13-cr-00220-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, LEE FORD, Case No. 2:13-cr-00220-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on previously imposed supervised release conditions.

____ Bail Posted in the Sum of: $

    ____ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 10/31/2019 at 2:30 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge