Etan Zaitsu [SBN 287106]
Attorney at Law

ZAITSU LAW
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
LEE FORD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00220 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| v. | |
| LEE FORD, | DATE: November 5, 2019 |
| Defendants. | TIME: 9:15 A.M. |
| | COURT: Hon. John A. Mendez |

## STIPULATION

Defendant Lee Ford, by and through undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. Defendant's Admit/Deny hearing is currently set for November 5, 2019.

2. By this stipulation, the parties now move to continue the hearing to December 3, 2019 at 9:15 a.m.

3. This continuance will allow the defendant to review documents and adequately prepare for the hearing.

4. The defendant is out of custody.

1

**Stipulation and [Proposed] Order to Continue Admit/Deny Hearing**

IT IS SO STIPULATED

Dated:  November 4, 2019          /s/ ETAN ZAITSU
                                  ETAN ZAITSU
                                  Attorney for Defendant
                                  LEE FORD


Dated: November 4, 2019           McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ SAM STEFANKI
                                  SAM STEFANKI
                                  Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of November, 2019


                    /s/ John A. Mendez_____
                    THE HONORABLE JOHN A. MENDEZ
                    UNITED STATES DISTRICT COURT JUDGE

2

**Stipulation and [Proposed] Order to Continue Admit/Deny Hearing**