1  MCGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00220-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SUPERVISED RELEASE CONDITIONS; ORDER |
| v. | |
| LEE FORD, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. On October 31, 2019, the defendant made his initial appearance before a magistrate judge on a petition filed September 3, 2019, alleging that the defendant violated certain conditions of his supervised release. (ECF No. 40.) During this hearing, the magistrate judge imposed an additional condition that the defendant not drive or operate a motor vehicle. (ECF No. 43.)

2. On December 3, 2019, the Court held a hearing at which the defendant admitted to violating certain conditions of his supervised release as alleged in the petition filed September 3, 2019.

3. During this hearing, the Court indicated its intent to impose an additional condition of supervised release that the defendant abide by all orders issued by the Sacramento County Superior Court in the state criminal matter arising from his arrest on August 12, 2019.

4. By this stipulation, the parties jointly request that the Court enter an order amending the defendant's conditions of supervised release as follows:

    a) Strike the condition imposed by the magistrate judge on October 31, 2019, that the defendant not operate a motor vehicle.

    b) Add the following Special Condition Number 8: "8. The defendant shall abide by all conditions imposed by the Sacramento County Superior Court on November 12, 2019, in Case Number 19MI016620."

IT IS SO STIPULATED.

Dated: December 5, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: December 5, 2019

/s/ ETAN ZAITSU
ETAN ZAITSU
Counsel for Defendant
Lee Ford

**ORDER**

IT IS SO ORDERED this 6th day of December, 2019.

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING SUPERVISED RELEASE CONDITIONS

2