| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | SAM STEFANKI<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00220-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF DISPOSITIONAL HEARING; ORDER |
| v. | |
| LEE FORD, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for disposition on January 14, 2020, following the defendant's admission to violating the terms of his supervised release. (*See* ECF No. 48.)

2. By this stipulation, the parties now move to continue the dispositional hearing until April 21, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant desires additional time for the defendant to demonstrate that he is amenable to supervision following the Court's imposition of an amended term of supervised release on December 9, 2019.

    b) The government does not object to the continuance.

STIPULATION REGARDING CONTINUANCE OF DISPOSITIONAL HEARING

1

c) Counsel for the government confirmed that the Probation Officer supervising the defendant does not object to the continuance.

d) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: January 10, 2020							McGREGOR W. SCOTT
										United States Attorney

										/s/ SAM STEFANKI
										SAM STEFANKI
										Assistant United States Attorney

Dated: January 10, 2020							/s/ ETAN ZAITSU
										ETAN ZAITSU
										Counsel for Defendant
										Lee Ford

IT IS SO FOUND AND ORDERED this 13th day of January, 2020.

										/s/ John A. Mendez

										THE HONORABLE JOHN A. MENDEZ
										UNITED STATES DISTRICT COURT JUDGE